Anthony Jasper, Jr., Plaintiff-Appellant,
against
City of New York Corporation Counsel, d/b/a Human Resources Department, Defendant-Respondent.



Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County, (Carol R. Sharpe, J.), entered on or about March 28, 2017, which denied his motions for discovery and sanctions and granted defendant's cross motion to dismiss this action.




Per Curiam.
Order (Carol R. Sharpe, J.) entered on or about March 28, 2017, affirmed, without costs.
Civil Court properly dismissed the action against the Corporation Counsel and the Human Resources Administration, since these entities, as agencies of the City of New York, are not amenable to being sued (see New York City Charter, ch 17, §396; Matter of Carpenter v New York City Hous. Auth., 146 AD3d 674 [2017], lv denied 29 NY3d 911 [2017]; Funt v Human Resources Admin. of the City of NY, 68 AD3d 490 [2009], lv denied 15 NY3d 911 [2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: January 18, 2018